LAW OFFICES<br>
**NEWTON & HOWELL, P.C.**<br>
127 1/2 EAST SOLOMON STREET<br>
GRIFFIN, GEORGIA  30224

JOHN T. NEWTON, JR.  
GRIFFIN E. HOWELL, III  
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-  
LISA D. LOFTIN

P.O. BOX 551  
TELEPHONE 770-227-0110  
Fax: 770-227-0112  
Bankruptcy Fax: 770-227-5898

July 10, 2013

*(via email)*  
Ms. Julee Rimes  
Office of the U.S. Trustee  
Suite 362  
75 Spring Street, SW  
Atlanta, GA  30303

      RE:    Joseph Nevin Smith  
              Chapter 7 Case No. 13-11753

Dear Ms. Rimes:

    Pursuant to Bankruptcy Rule 2088, I hereby reject appointment as Trustee in the above referenced case due to a conflict.

    As always, I thank you for your assistance.

                               Sincerely,

                               NEWTON & HOWELL, P.C.

                               /s/   *Griffin E. Howell, III*  
                               Griffin E. Howell, III

GEHiii/vsl

cc:    J. Nevin Smith, Esq. *(via email)*  
       James G. Baker, Esq. *(via email)*