UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Joseph Nevin Smith**
402 Newnan Street
Carrollton, GA 30117

xxx–xx–1579

Case No.: **13–11753–whd**
Chapter: **7**
Judge: **W. Homer Drake**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non–government proof of claim: **04/14/14**

Government proof of claim: **04/14/14**

File with:
United States Bankruptcy Court
18 Greenville Street
P.O. Box 2328
Newnan, GA 30264

Use Official Form B10 to file a claim. Access the Forms tab at www.ganb.uscourts.gov or visit the Clerk's office for a copy.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: January 14, 2014

Form ntcpoc