**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
    **Joseph Nevin Smith**
    402 Newnan Street
    Carrollton, GA 30117

Case No.: **13−11753−whd**
Chapter:  **7**
Judge:  **W. Homer Drake**

**xxx−xx−1579**

## NOTICE SETTING DEADLINE FOR
## FILING PROOFS OF CLAIM

    You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

    Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **04/14/14**

Government proof of claim: **04/14/14**

File with:
United States Bankruptcy Court
18 Greenville Street
P.O. Box 2328
Newnan, GA 30264

    Use Official Form B10 to file a claim. Access the Forms tab at www.ganb.uscourts.gov or visit the Clerk's office for a copy.

**If you have already filed your proof of claim, it is not necessary to refile.**

*[signature]*

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:  January 14, 2014

Form ntcpoc

United States Bankruptcy Court
Northern District of Georgia

In re:                                                              Case No. 13-11753-whd
Joseph Nevin Smith                                                  Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-7          User: whiteg              Page 1 of 2             Date Rcvd: Jan 14, 2014
                              Form ID: ntcpoc           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2014.
```
db         +Joseph Nevin Smith,    402 Newnan Street,    Carrollton, GA 30117-3111
aty        +Bryan T. Glover,    Burr & Forman, LLP,    Suite 1100,    171 Seventeenth Street,
             Atlanta, GA 30363-1029
aty        +J. Nevin Smith,    Smith Conerly LLP,    402 Newnan Street,    Carrollton, GA 30117-3111
aty        +Mathew A. Schuh,    Busch Slipakoff & Schuh,    Suite 300,    3330 Cumberland Blvd.,
             Atlanta, GA 30339-5985
aty        +Sean C. Kulka,    Arnall, Golden, Gregory LLP,    171 17th Street, N.W.,    Suite 2100,
             Atlanta, GA 30363-1031
cr          COMMUNITY AND SOUTHERN BANK,    Busch, Slipakoff & Schuh, LLP,    3330 Riverwood Pkwy. Ste 300,
             Atlanta, GA  30339
cr         +Peoples Community National Bank,    c/o Graham H. Stieglitz,    Burr & Forman LLP,
             171 17th Street NW,    Suite 1100,    Atlanta, GA 30363-1029
17186666   +Andrew Scott,    SPCP Group VI, LLC,    2 Greenwich Plaza, 1st Floor,    Greenwich, CT 06830-6353
17186667   +Bank of North Georgia,    P.O. Box 23061,    Columbus, GA 31902-3061
17186668    Bankcard Center - Charter,    2410 Paces Ferry Road,    600 Paces Summit,    Atlanta, GA 30339-4098
17186669   +Busch, Slipakoff & Schuh, LLP,    3330 Cumberland Blvd,    Suite 300,    Atlanta, GA 30339-5985
17186670    Card Services - BNG,    PO Box 2181,    Columbus, GA 31902-2181
17587258   +Chapter 7 US Trustee,    Neil C. Gordon,    Arnall, Golden & Gregory, LLP,
             Suite 2100, 171 17th Street, NW,    Atlanta, GA 30363-1031
17186672   +Charter Bank,    c/o Ronald H. Francis,    269 Roswell Street,    Marietta, GA 30060-2063
17807142   +CharterBank,    820 Dixie Street,    Carrollton, GA 30117-4416
17186673   +Community & Southern Bank,    c/o Stephen R. Stone,    3333 Riverwood Pkwy, Ste 350,
             Atlanta, GA 30339-3304
17186674   +Daniel G. Blackburn,    Blackburn & Conner, PC,    P.O. Box 458,    Bay Minette, AL 36507-0458
17186677    MD-Mountain View, LLC,    402-C Newnan St.,    Carrollton, GA 30117
17186678    MHD Acceptance, LLC,    402-C Newnan St,    Carrollton, GA 30117
17186679    MHD Communities, LLC,    402-C Newnan St.,    Carrollton, GA 30117
17186680    MHD Homes, LLC,    402-C Newnan Street,    Carrollton, GA 30117
17186681    MHD Poplar Ridge, LLC,    402-C Newnan Street,    Carrollton, GA 30117
17186682    Orange Beach Partners, Inc.,    402-C Newnan Street,    Carrollton, GA 30117
17186683   +Page Crantom Sprouse Tucker,    P.O. Box 1199,    Columbus, GA 31902-1199
17186684   +Page Scrantom Sprouse Tucker,    P.O. Box 1199,    Columbus, GA 31902-1199
17186685   +Richard Tisinger, Jr., Esq.,    Tisinger Vance, P.C.,    100 Wagon Yard Plaza,
             Carrollton, GA 30117-3490
17186686    River Palms Property Owners,    402-C Newnan Street,    Carrollton, GA 30117
17186688   +SPCP Group VI, LLC,    c/o Grandbridge Real Estate,    200 South College Street, Ste,
             Charlotte, NC 28202-2012
17186687    SPCP Group VI, LLC,    c/o Grandbridge Real Estate,    P.O. Box 890862,    Charlotte, NC 28289-0862
17186690   +Synagro Technologies, Inc.,    The Corporation Trust Company,    Corp Trust Ctr. 1209 Orange St,
             Wilmington, DE 19801-1196
17186689    Synagro of California, LLC,    c/o Skadden Arps Slate Megher,    P.O. Box 636,
             Wilmington, DE 19899-0636
17186691    The Palms at Bon Secour,    402-C Newnan St.,    Carrollton, GA 30117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty        +EDI: QJGBAKER.COM Jan 14 2014 20:48:00     James G. Baker,    James G. Baker, P.C.,
             305 North Greenwood St.,    LaGrange, GA 30240-2605
aty        +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jan 14 2014 21:30:08      R. Jeneane Treace,
             Office of the United States Trustee,    362 Richard Russell Bldg.,    75 Spring Street,
             Atlanta, GA 30303-3315
tr         +EDI: QJGBAKER.COM Jan 14 2014 20:48:00     James G. Baker,    305 North Greenwood Street,
             LaGrange, GA 30240-2605
ust        +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jan 14 2014 21:30:08      Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
             Atlanta, GA 30303-3315
cr          EDI: QNCGORDON.COM Jan 14 2014 20:48:00     Neil C. Gordon,    Arnall Golden Gregory LLP,
             171 17th Street, N.W.,    Suite 2100,    Atlanta, GA  30363-1031
17186671   +E-mail/PDF: bk@worldacceptance.com Jan 14 2014 21:32:33      Certus Bank, National Assoc.,
             c/o CT Corporation,    1201 Peachtree St., NE,    Atlanta, GA 30361-3503
17191857    EDI: GADEPTOFREV.COM Jan 14 2014 20:48:00     Georgia Dept. of Revenue,    Bankruptcy Section,
             Suite 17200,    1800 Century Blvd., NE,    Atlanta GA 30345
17186675    EDI: GADEPTOFREV.COM Jan 14 2014 20:48:00     Georgia Department of Revenue,
             1800 Century Center Blvd. NE,    Atlanta, GA 30345-3205
17186676    EDI: IRS.COM Jan 14 2014 20:48:00     Internal Revenue Service,    Attn: Bankruptcy 335-D,
             PO Box 995,    Atlanta, GA 30370
17191858    EDI: IRS.COM Jan 14 2014 20:48:00     Internal Revenue Service,    P. O. Box 7346,
             Philadelphia PA 19101-7346
17191859   +E-mail/Text: usagan.bk@usdoj.gov Jan 14 2014 21:30:09      U. S. Attorney,
             600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
                                                                                              TOTAL: 11
```

```
District/off: 113E-7           User: whiteg                Page 2 of 2                   Date Rcvd: Jan 14, 2014
                               Form ID: ntcpoc             Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James G. Baker,    305 North Greenwood Street,    LaGrange, GA 30240-2605
                                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2014                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2014 at the address(es) listed below:
              Bryan T. Glover    on behalf of Creditor    Peoples Community National Bank bglover@burr.com,
               bshipes@burr.com;brobinso@burr.com
              J. Nevin Smith    on behalf of Debtor Joseph Nevin Smith cstembridge@smithconerly.com
              James G. Baker    on behalf of Trustee James G. Baker jgbaker@jgbpc.com,
               mbowen@lagrangemail.com;ehdavis@lagrangemail.com
              James G. Baker    jgbaker@jgbpc.com,    jgbaker@ecf.epiqsystems.com;plewis@lagrangemail.com
              Mathew A. Schuh    on behalf of Creditor    SPCP Group VI, LLC mschuh@bssfirm.com,
               jszember@bssfirm.com
              Mathew A. Schuh    on behalf of Creditor    COMMUNITY AND SOUTHERN BANK mschuh@bssfirm.com,
               jszember@bssfirm.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              R. Jeneane Treace    on behalf of U.S. Trustee    Office of the United States Trustee
               jeneane.treace@usdoj.gov,    Sherri.R.Carlberg@usdoj.gov
              Sean C. Kulka    on behalf of Creditor Neil C. Gordon sean.kulka@agg.com,    Travis.andrews@agg.com
                                                                                            TOTAL: 9
```