UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | : | |
|---|---|---|
| In Re: | : | |
| JOSEPH NEVIN SMITH, | : | CHAPTER 7 CASE |
| | : | |
| Debtor | : | NO. 13-11753-whd |
| | : | |
| | : | |

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

The undersigned Edward F. Danowitz, Jr., hereby makes his appearance for Certus Bank, a creditor in this Case, and does further request that he be served with copies of notices, pleadings and orders filed in this bankruptcy case.

This 20th day of February, 2014.

                Respectfully Submitted

                */s/ Edward F. Danowitz*
                Edward F. Danowitz, Jr.
                Ga. State Bar No. 003180

***Danowitz & Associates, P.C.***
300 Galleria Parkway, NW
Suite 960
Atlanta, Georgia  30339
770-933-0960
Edanowitz@DanowitzLegal.com