FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-11753 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | JAMES G. BAKER |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JOSEPH NEVIN SMITH | | | | Date Filed (f) or Converted (c): | 07/08/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/29/2013 |
| For Period Ending: | 03/31/2015 | | | | Claims Bar Date: | 04/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 143 SUMMER STREET, HINGHAM, MA. | 1,500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND. | 300.00 | 0.00 | OA | 0.00 | FA |
| 3. PERSONAL CHECKING ACCOUNT WITH UNITED COMMUNITY BANK. | 100.00 | 100.00 | | 0.00 | 100.00 |
| 4. ONE-HALF UNDIVIDED INTEREST IN MISCELLANEOUS HOUSEHOLD GOODS | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 5. MISCELLANEOUS WEARING APPAREL LOCATED AT DEBTOR'S PERSONAL R | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6. WEDDING BAND | 200.00 | 0.00 | OA | 0.00 | FA |
| 7. UNIVERSAL LIFE INSURANCE POLICY WITH PACIFIC LIFE POLICY NUM | 9,467.20 | 7,267.20 | | 4,961.46 | 0.00 |
| 8. SUNSET HELP, LLC, A GEORGIA LIMITED LIABILITY COMPANY, WHICH | 0.00 | Unknown | | 0.00 | Unknown |
| 9. NEVIN SMITH FAMILY CORPORATION, A GEORGIA CORPORATION, 500 S | 3,000.00 | Unknown | | 0.00 | Unknown |
| 10. J. NEVIN SMITH, P.C., A GEORGIA CORPORATION; 500 SHARES (100 | 100.00 | Unknown | | 0.00 | Unknown |
| 11. MHD ACCEPTANCE, LLC, 100% MEMBERSHIP INTEREST IN A GEORGIA L | 0.00 | Unknown | | 0.00 | Unknown |
| 12. MHD HOMES, LLC, 100% MEMBERSHIP INTEREST IN A GEORGIA LIMITE | 0.00 | Unknown | | 0.00 | Unknown |
| 13. MHD COMMUNITIES, LLC, 99% MEMBERSHIP INTEREST IN A GEORGIA L | 0.00 | Unknown | | 0.00 | Unknown |
| 14. MHD-POPLAR RIDGE, LLC, 100% MEMBERSHIP INTEREST IN A GEORGIA | 0.00 | Unknown | | 0.00 | Unknown |
| 15. MD MOUNTAIN VIEW, LLC, 100% MEMBERSHIP INTEREST IN A GEORGIA | 0.00 | Unknown | | 0.00 | Unknown |
| 16. THE PALMS AT BON SECOUR, LLC, 100% MEMBERSHIP INTEREST IN A | 0.00 | Unknown | | 0.00 | Unknown |
| 17. ORANGE BEACH PARTNERS, INC., 100% MEMBERSHIP INTEREST IN A G | 0.00 | Unknown | | 0.00 | Unknown |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-11753 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | JAMES G. BAKER |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JOSEPH NEVIN SMITH | | | | Date Filed (f) or Converted (c): | 07/08/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/29/2013 |
| For Period Ending: | 03/31/2015 | | | | Claims Bar Date: | 04/14/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. SIX (6) EQUITY MEMBERSHIPS IN SUNSET HILLS COUNTRY CLUB, INC | 100.00 | Unknown | | 0.00 | Unknown |
| 19. 2002 GMC TRUCK. | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 20. 1990 CADILLAC | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 21. Garnished funds - Case 13-S-00365 (u) | 2,360.49 | 2,360.49 | | 2,360.49 | FA |
| 22. 1/6 interest - Co. Rd. 205, Cleburn County, AL (u) | 0.00 | 2,424.96 | | 2,424.96 | FA |
| 23. Potential fraudulent transfer (u) | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,575,627.69          $62,152.65          $9,746.91          $50,100.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is preparing to enter into a compromise with Debtor regarding transfer made by Debtor into a self-settled family partnership.

RE PROP #      7    --   Debtor unable to fully exempt insurance cash value, surrendered to Trustee
RE PROP #     21    --   Garnished funds received from Clerk of Superior Court, Carroll County
                         Case No. 13-S-00365
RE PROP #     22    --   Debtor's 1/6 interest
RE PROP #     23    --   potential claim from the estate regarding a transfer made by the Debtor of the Debtor's
                         primary residence into a self settled family partnership. Trustee negotiated compromise
                         with Debtor for $50,000

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2016

Trustee Signature:    /s/ JAMES G. BAKER        Date: 04/29/2015

JAMES G. BAKER
CHAPTER 7 TRUSTEE
305 NORTH GREENWOOD STREET
LAGRANGE GA 30240
(706) 884-3059
JGBAKER@JGBPC.COM

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-11753 | Trustee Name: JAMES G. BAKER |
| Case Name: JOSEPH NEVIN SMITH | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5826 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8264 | Blanket Bond (per case limit): $57,300,000.00 |
| For Period Ending: 03/31/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/13 | 21 | Clerk Of Superior Court Carroll County | Garnished funds | 1229-000 | $2,360.49 | | $2,360.49 |
| 12/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $15.00 | $2,345.49 |
| 01/23/14 | 22 | All Alabama Title Company, LLC 1904 Rainbow Dr. Gadsden, AL 35901 | Debtor's 1/4 interest in sale of property | 1110-000 | $2,424.96 | | $4,770.45 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,755.45 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,740.45 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,725.45 |
| 04/21/14 | 7 | Carrollton Practice, LLC | cash value life insurance Pacific Life | 1129-000 | $4,961.46 | | $9,686.91 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,671.91 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,656.91 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,641.91 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,626.91 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,611.91 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,596.91 |

Page Subtotals: $9,746.91    $150.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-11753 | Trustee Name: JAMES G. BAKER |
| Case Name: JOSEPH NEVIN SMITH | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5826 |
| | Checking Account |
| Taxpayer ID No: XX-XXX8264 | Blanket Bond (per case limit): $57,300,000.00 |
| For Period Ending: 03/31/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,581.91 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,566.91 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,551.91 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,536.91 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,521.91 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,506.91 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,746.91 | $240.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,746.91 | $240.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,746.91 | $240.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $90.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5826 - Checking Account | $9,746.91 | $240.00 | $9,506.91 |
|  | $9,746.91 | $240.00 | $9,506.91 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $9,746.91 |
| Total Gross Receipts: | $9,746.91 |

Trustee Signature:    /s/ JAMES G. BAKER    Date: 04/29/2015

JAMES G. BAKER
CHAPTER 7 TRUSTEE
305 NORTH GREENWOOD STREET
LAGRANGE GA 30240
(706) 884-3059
JGBAKER@JGBPC.COM

Page Subtotals:    $0.00    $0.00